**Order entered October 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00371-CR

**GEORGE GUO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F90-20083-W

## ORDER

On September 10, 2013, this Court ordered the Dallas County Clerk to file a supplemental record containing copies of the warrants issued on February 20, 1992; July 23, 1999; February 10, 2003; April 21, 2003; June 30, 2003; and December 12, 2012. We also ordered the District Clerk to file the cost bill and accompanying documents. To date, we have not received a supplemental record containing any of the above documents.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, a supplemental record containing the following:

- Copies of the warrants issued on February 20, 1992; July 23, 1999; February 10, 2003; April 21, 2003; June 30, 2003; and December 12, 2012; and

- A detailed itemization of the costs assessed in this case, including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas*

*Code of Criminal Procedure article 103.001, the cost bill shall be signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost.* We further **ORDER** that the supplemental clerk's record include a document explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     LANA MYERS
JUSTICE